UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNON MARIE RUNDELL,<br><br>              Plaintiff,<br>    v.<br><br>NANCY BERRYHILL,<br><br>              Defendant. | CASE NO. 3:17-cv-05829-RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO AFFIRM COMMISSIONER'S DECISION TO DENY SOCIAL SECURITY INSURANCE BENEFITS |

      THIS MATTER comes before the Court on the Report and Recommendation of Magistrate Judge James P. Donohue. Dkt. 16. The Court has considered the R&R, the underlying pleadings, Plaintiff's Objection (Dkt. 17) and the remainder of the file herein.

      Plaintiff appeals the ALJ's denial of Social Security Income (SSI) benefits. Plaintiff alleges a disability onset date of April 1, 2010, with disability from a constellation of ailments: Crohn's disease, status-post surgery for pelvic floor dysfunction, depressive disorder, anxiety

disorder, personality disorder NOS, obstructive sleep apnea, lumbago/low back pain, and obesity. AR 17.

The R&R addresses the two issues raised by Plaintiff: (1) whether the ALJ erred in evaluating Plaintiff's testimony, and (2) whether the ALJ erred in evaluating medical opinion evidence. Dkt. 16 at 6 *et seq*. In detail, the R&R sets out why the ALJ did not err in evaluating Plaintiff' testimony, because, in summary, the ALJ found that the medical record contains evidence that Plaintiff's activities exceeded her claimed limitations, and contains evidence that Plaintiff's medical conditions significantly improved with treatment and medication. *Id*. at 8-11. The R&R also discusses in depth why the ALJ did not err in evaluating medical opinion evidence of Drs. Irwin, Ruddell, and Weiss. *Id*. at 11-19.

In Plaintiff's Objections, Plaintiff challenges the sufficiency of evidence to support the ALJ's rejection of Plaintiff's testimony and certain medical opinion evidence. Dkt. 17 at 1-6. This is the same argument made in Plaintiff's opening brief. *See* Dkt. 10 at 4-12. The R&R at length addresses the sufficiency of the evidence in support of the ALJ's decision, both as to weighing Plaintiff's testimony and Drs. Irwin, Ruddell, and Weiss. Dkt. 16 at 8-19. The R&R's analysis should be adopted, and it need not here be repeated. The result recommended, affirming denial of SSI benefits, should also be adopted.

THEREFORE, it is HEREBY ORDERED:

(1) The Court ADOPTS the Report and Recommendation (Dkt. 16);

(2) The final decision of the Commissioner is AFFIRMED;

(3) This case is HEREBY DISMISSED WITH PREJUDICE.

1  The Clerk is directed to send uncertified copies of this Order to Magistrate Judge James P. Donohue, all counsel of record, and any party appearing *pro se* at said party's last known address.

Dated this 16th day of October, 2018.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge